UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFUGIO ARAIZA ESCALANTE,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>   Defendants. | No.  2:15-cv-1451-EFB P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  The court cannot review plaintiff's complaint until he files a complete application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).  Plaintiff filed the required certified trust account statement, but failed to complete the required affidavit in support of his request to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 30 days from the date of this order, plaintiff shall file the required affidavit in support of his application to proceed in forma pauperis.  Failure to comply with this order may result in recommendation of dismissal.

/////

/////

/////

1

2. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

DATED: July 30, 2015.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2